AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
## for the
Southern District of Ohio

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Priority Mail Package Tracking Number 9505512596562104940741 postmarked April 14, 2022

Case No. 3:22-mj-124

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
Priority Mail Package, 9505512596562104940741, addressed to T. FARIS 745 Villa Rd Apt #244 SpRingfield OH 45503 with a return address of T. FaRiS 745 villa Rd Apt # 244 SpRingfield OH 45503.

located in the _____ Southern _____ District of _____ Ohio _____ , there is now concealed *(identify the person or describe the property to be seized):*
Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution and possession with intent to distribute a controlled substance |
| 21 U.S.C. § 846 | Conspiracy to distribute/possess with intent to distribute a controlled substance |
| 21 U.S.C. § 843(b) | Use of a communication facility to commit a felony |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Joseph L. Rossiter, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 04/19/2022 _____

_____
*Judge's signature*

City and state: Dayton, Ohio

Caroline H. Gentry, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF PRIORITY MAIL PACKAGE TRACKING NUMBER 9505512596562104940741 | Case No. _3:22-mj-124_<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, **Joseph L. Rossiter**, being first duly sworn, hereby depose and state as follows:

1.      I am a United States Postal Inspector and have been since May 2016.  I am presently assigned to the Cincinnati Field Office of the United States Postal Inspection Service, Pittsburgh Division, with investigative responsibility for southeast Indiana and southern Ohio.  Part of my responsibility involves investigating the use of the United States Mail in the transportation of narcotics, other dangerous controlled substances, and financial proceeds from, or instrumentalities used in, the sale of such narcotics and controlled substances (hereinafter, "Drugs and/or Proceeds").

2.      Based on my training and experience as a United States Postal Inspector, I have become aware that drug traffickers frequently use United States Priority Mail Express (overnight) or Priority Mail (2-3-day) to transport Drugs and/or Criminal Proceeds.  Additionally, as a result of prior investigations, law enforcement training, and successful controlled-substance prosecutions involving the use of the United States Mail, I have learned of certain common characteristics and/or circumstances that indicate that a package may contain Drugs and/or Criminal Proceeds.  These circumstances and/or characteristics include, but are not necessarily limited to, the following:  the mailer uses different post offices on the same day to send packages, the return address is false or non-existent, the addressee is not known to receive mail at the listed delivery address, the package

1

is heavily taped, the package is mailed from a known drug source location, the labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanate from the package, and the listed address is located in an area of known or suspected drug activity.

3.     On April 18, 2022, Postal Inspectors intercepted a package (hereinafter "the Package") at the Cincinnati Network Distribution Center (NDC).  The Package is a Priority Mail padded envelope, bearing tracking number 9505512596562104940741, postmarked April 14, 2022, with the following address information:

|  |  |
|---|---|
| **Sender**: | T. FaRiS |
|  | 745 villa Rd Apt # 244 |
|  | SpRingfield OH 45503 |
| **Addressee**: | T. FARIS |
|  | 745 Villa Rd Apt #244 |
|  | SpRingfield OH 45503 |

Although the return address indicates the same address as the recipient address, Postal Records indicate this package was in fact mailed from Hesperia, CA 92345.  Through training and experience as a Postal Inspector, I know that Southern California is known drug source location.

4.     I performed a check in CLEAR database for the addressee's information on the Package of "T. FARIS 745 Villa Rd Apt #244 SpRingfield OH 45503."  CLEAR is a law enforcement database that is used as a tool for investigators designed to link subjects to a particular address. According to CLEAR, there is no "T. Faris" associated with 745 Villa Rd, Apt 244, Springfield, OH 45503.

5.     I also performed a check in CLEAR for the sender's information listed on the Package of "T. FaRiS 745 villa Rd Apt # 244 SpRingfield OH 45503."  According to CLEAR, there is no "T. Faris" associated with 745 Villa Rd, Apt 244, Springfield, OH 45503.

6.     On April 18, 2022, at my request, Montgomery County Sheriff's Office Detective Anthony Hutson conducted a narcotics-detection canine "free air" check of the outside of the Package.  I

was present during said check. The Package was placed in a controlled area and presented to narcotics-detection canine, "Hank." As set forth in the attached affidavit of Detective Hutson, "Hank" alerted positively for the presence or odor of a narcotic or other controlled substance. "Hank" is a properly trained and certified narcotics-detection canine.

7.      Based on my prior law enforcement training and experience as a United States Postal Inspector, the Package's address information, including (i) no known association between the sender and return address, (ii) no known association between the addressee and recipient address and (iii) the positive alert of the narcotics-detection canine are all indicative of and consistent with Drugs and/or Proceeds in the Package.

Therefore, a search warrant to open the Package is requested.

Further, your affiant sayeth naught.

Respectfully submitted,

Joseph L. Rossiter
Postal Inspector
United States Postal Inspection Service

Subscribed and sworn to and before me this 19th day of April, 2022.

CAROLINE H. GENTRY
UNITED STATES MAGISTRATE JUDGE



UNITED STATES POSTAL INSPECTION SERVICE

PITTSBURGH DIVISION

## OFFICER AFFIDAVIT

I, Deputy <u>Anthony Hutson</u>, am and have been employed by the <u>Montgomery</u>

<u>County Sheriff's Office</u> since <u>1998</u> . Among other duties, I am currently the assigned

handler of narcotics detection canine "<u>Hank</u>" which is trained and certified in the

detection of the presence or odor of narcotics described as follows:

<u>Cocaine, Methamphetamine, Heroin, and their derivatives</u>

On <u>4/18/22</u> at the request of Postal Inspector <u>ROSSITER</u>, I responded to the <u>MCSO</u>

<u>R.A.N.G.E. Office</u>, where "<u>Hank</u>" did alert to and indicate upon: [describe item]

9505 5125 9656 2104 9407 41

T. FaRIS        T. FARIS

745 Villa RJ Apt #244    745 Villa Rd Apt #344

SpRIngfield OH 45503    SpRingfiell OH 45503

Which, based upon my training and experience and that of "<u>Hank</u>", indicates there

is contained within or upon the above described item, the presence or odor of a

narcotic or other controlled substance.

_____ /01  4-18-22

(Signature, Badge #, and Date)

_____ 4/18/22

(Witness/Date)

Cincinnati Field Office
895 Central Avenue STE 400
Cincinnati, OH 45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009